Robert A. Ring, Esq., Bar No. 97850
Susan H. Green, Esq., Bar No. 101736
Ring & Green APC
3435 Overland Avenue
Los Angeles, CA 90034
Telephone: (310) 226-2550
Telephone: (310) 226-2459
Email: rring@ringgreen.com

Andrew Gerber (To Be Admitted Pro Hac Vice)
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
Telephone: (212) 882-1320
Email: andrew@kgfirm.com

Attorneys for Plaintiff CAT COVEN LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAT COVEN LLC, a New York limited liability company,<br><br>              Plaintiff,<br><br>      vs.<br><br>SHEIN FASHION GROUP, INC., a California corporation; and DOES 1-10,<br><br>              Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) TRADEMARK COUNTERFEITING [15 U.S.C. §1114];**<br><br>**(2) TRADEMARK INFRINGEMENT [15 U.S.C. §1114];**<br><br>**(3) UNFAIR COMPETITION, FALSE DESCRIPTION, AND FALSE DESIGNATION OF ORIGIN [15 U.S.C. §1125(a)];**<br><br>**(4) COMMON LAW UNFAIR COMPETITION;** |

1

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**(5) STATUTORY UNFAIR COMPETITION [CAL. BUS. & PROF. CODE §17200];**

**(6) COPYRIGHT INFRINGEMENT;**

**(7) FALSE COPYRIGHT MANAGEMENT INFORMATION [17 U.S.C. §1202(a)]**

**DEMAND FOR JURY TRIAL**

Plaintiff Cat Coven LLC ("Plaintiff" or "Cat Coven"), by and through its undersigned attorneys, as and for its complaint against Defendants Shein Fashion Group, Inc. ("Shein") and Does 1-10 (collectively, "Defendants"), alleges as follows:

## JURISDICTION AND VENUE

1.      This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338 in that claims herein arise under Section 39 of the Trademark Act of 1946 (the "Lanham Act"), 15 U.S.C. § 1121, the United States Copyright Act (the "Copyright Act"), 17 U.S.C., § 101 *et seq.*, and the Digital Millennium Copyright Act, 17 U.S.C. § 1201 *et seq*.

2.      Plaintiff is informed and believes and thereon alleges that this Court has personal jurisdiction over Defendant Shein in that Shein's principal place of business is in this district; Shein advertises, distributes, and sells products to consumers from its principal place of business as well as temporary retail locations in this district; and Shein operates e-commerce websites and mobile applications that market to consumers in this

district, offer for sale products to consumers in this district, and provide for consumers in this district to enter into online transactions for a variety of products. On information and belief, Shein regularly does or solicits business in California; derives substantial revenue from goods used or services rendered in California; expects or reasonably should expect its infringing conduct to have consequences in California; and derives revenue from interstate commerce.

3.     This district is the proper venue for this action under 28 U.S.C. §§ 1391(b) and 1400 because a substantial part of the events and omissions giving rise to the claims herein occurred in this district; and Defendants sell goods to consumers, do business, and are subject to personal jurisdiction in this district.

## PARTIES

4.     Plaintiff Cat Coven LLC is a limited liability company organized and existing under the laws of the State of New York with a principal place of business in Brooklyn, New York. Plaintiff has satisfied the requirements of 17 U.S.C. § 411 prior to filing this lawsuit.

5.     Plaintiff is informed and believes and thereon alleges that Defendant Shein is a corporation organized and existing under the laws of the State of California with its principal place of business at 345 North Baldwin Park Boulevard, City of Industry, California 91746. On information and belief, Shein is a subsidiary of Hong Kong retailer ZoeTop Business Co., Limited. Plaintiff is informed and believes and thereon alleges that

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Shein advertises, distributes, and sells products under various brands, including "SHEIN" and "ROMWE," to consumers throughout the United States and operates and manages SHEIN and ROMWE brand business activities based in the United States. Plaintiff is informed and believes and thereon alleges that Shein's principal place of business is listed as the principal address on the ROMWE website as well as the return department address on packaging for products purchased directly from the SHEIN brand website. Plaintiff is informed and believes and thereon alleges that Shein has authorized, directed, and/or actively participated in the wrongful conduct alleged herein.

6.     Defendants Does 1-10 are entities whose identities are unknown to Plaintiff at this time. Plaintiff is informed and believes and thereon alleges that in connection with the named Defendant Shein and its activities described herein, Defendants Does 1-10 created, manufactured, supplied, distributed, advertised, offered for sale, and/or sold a T-shirt featuring a counterfeit version of the Cat Coven Logo and an unauthorized copy of the Magickal Protection Design (as defined herein). Plaintiff is informed and believes and thereon alleges that information obtained in discovery will lead to the identification of the true identities and locations of Does 1-10 and permit Plaintiff to amend its Complaint to state the same.

7.     Plaintiff is informed and believes and thereon alleges that at all relevant times at issue, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times

**COMPLAINT AND DEMAND FOR JURY TRIAL**

acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment. Plaintiff is informed and believes and thereon alleges that each of the Defendants actively participated in and/or subsequently ratified and adopted each and all of the infringing acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## GENERAL ALLEGATIONS

### A.   Cat Coven's Trademark and Copyright

8.    Cat Coven is a small fashion and lifestyle company owned and operated by Ms. Faret, an independent artist and illustrator based in Brooklyn, New York. Ms. Faret created the Cat Coven brand in 2013 while still in art school and began selling products featuring her original designs through an Etsy storefront. Today, Cat Coven sells apparel, accessories, home goods, and other products through its website, located at www.catcoven.com, the Cat Coven Etsy storefront, located at www.etsy.com/shop/catcoven, and authorized third-party retailers throughout the United States and Canada. Known for infusing her interests in the occult, art history, feminism, and cats into her original designs, Ms. Faret has a large and devoted base of fans and consumers.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

9.     Cat Coven is the exclusive owner of all trademark rights in and to the distinctive pentacle-adorned black cat logo (the "Cat Coven Logo"), shown below, and variations thereof for several products including T-shirts.



10.     Ms. Faret designed the Cat Coven Logo in 2014, and since then, Cat Coven has consistently used the Cat Coven Logo as an identifier of source for its various offerings, including on its online storefronts, products, and business cards. The Cat Coven Logo is Cat Coven's most iconic image and is widely recognized as its brand logo.

11.     To better incorporate the Cat Coven Logo into clothing designs, Ms. Faret has created several variations thereof, including an illustration entitled *Magickal Protection*, shown below (the "Magickal Protection Design").

**COMPLAINT AND DEMAND FOR JURY TRIAL**



12.   Cat Coven uses the Magickal Protection Design, which incorporates the Cat Coven Logo, as the underlying art for various products, which Cat Coven sells directly to consumers as well as through authorized retailers. Examples of several Cat Coven products are shown below.



13.   Cat Coven has been using the Cat Coven Logo as its primary logo and an overall representation of its brand since at least April 2014. Cat Coven sells numerous products that feature the Cat Coven Logo, including T-shirts and other apparel. To ensure the high quality the public has come to expect from its products, Cat Coven sources its

**COMPLAINT AND DEMAND FOR JURY TRIAL**

apparel offerings from a premium, eco-friendly, and sweatshop-free garment manufacturer that is based in the United States and certified with the Worldwide Response Accreditation Program.

14. Cat Coven products have been distributed in interstate commerce throughout the United States, including in this district, for over five years. Cat Coven has expended substantial resources to advertise and promote its brand and products. Cat Coven uses the Cat Coven Logo in various media, on its online storefronts, on its business cards, and at exhibitions and special events.

15. Because of Cat Coven's exclusive and extensive use of the Cat Coven Logo, the mark has acquired substantial value and goodwill and has become identified and associated in the consuming public's mind exclusively with Cat Coven. The Cat Coven Logo is recognized as identifying and distinguishing Cat Coven as the exclusive and unique source of products sold under the mark.

16. Cat Coven obtained U.S. Trademark Registration No. 5,359,106 for the Cat Coven Logo on December 19, 2017. The trademark registration covers, among other goods, T-shirts in Class 25. This registration is valid, subsisting, and in full force and effect. A copy of the registration certificate is attached hereto as Exhibit A.

17. Cat Coven also holds U.S. Copyright Registration No. VA0002113299 for the Magickal Protection Design. The corresponding registration certificate is attached hereto as Exhibit B.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## B. <u>Defendants' Promotion and Sale of the Infringing Counterfeit Product</u>

18.   Cat Coven is informed and believes and thereon alleges that Defendant Shein is a fast fashion retailer that advertises and sells apparel, accessories, jewelry, and other products through various brands, including "SHEIN." Cat Coven is informed and believes and thereon alleges that Shein operates and manages SHEIN brand business activities based in the United States, including, but not limited to, advertising, distributing, and selling branded products to consumers throughout the United States, including in this district.

19.   Cat Coven is informed and believes and thereon alleges that Shein advertises, distributes, and sells its products directly to consumers through several e-commerce websites, including www.shein.com (the "Shein Website"), and mobile applications. Shein also advertises and sells its products through sample sales, college campus events, and pop-up store events across the United States, including in this district such as at its principal place of business, temporary retail locations, and college and university campuses.

20.   Cat Coven is informed and believes and thereon alleges that the SHEIN brand is one of the fastest growing brands in the online fast fashion market. The SHEIN brand is known for its targeted advertising social media campaigns, consistently advertising products with steep discounts and is even featured as a case study on Instagram's business website. Shein advertises its various promotional events throughout the United States,

**COMPLAINT AND DEMAND FOR JURY TRIAL**

including in this district, on the SHEIN brand social media accounts, including on Facebook and Instagram, located at www.facebook.com/shein2019, www.instagram.com/sheinofficial, and www.instagram.com/shein_us.

21.     On information and belief and without Cat Coven's authorization, Defendants created, manufactured, caused to be manufactured, imported, marketed, distributed, and/or sold at least one T-shirt prominently featuring a counterfeit version of the Cat Coven Logo and Magickal Protection Design (the "Counterfeit Product"), shown below.



22.     Defendants are not affiliated with Cat Coven and have never been licensed or otherwise authorized by Cat Coven to use the Cat Coven Logo or Magickal Protection Design on any products or in the advertising thereof.

23.     Cat Coven is informed and believes and thereon alleges that Defendants deliberately seek to trade on Plaintiff's goodwill and pass off their goods as those of Cat

Coven. The Counterfeit Product and its advertising go so far as to replicate Ms. Faret's signature, as shown below.

| Original Magickal Protection Design | Counterfeit Product |
| --- | --- |
|  | |

24.    Cat Coven is informed and believes and thereon alleges that Defendants' infringing actions commenced years after Cat Coven began using the Cat Coven Logo and after the Cat Coven Logo was federally registered in the U.S. Patent and Trademark Office. Defendants' unauthorized use of the Cat Coven Logo is with actual notice of Cat Coven's superior prior rights therein by virtue of its federal trademark registration.

25.    Cat Coven is informed and believes and thereon alleges that Defendants have sold the Counterfeit Product to consumers in California, around the United States, and overseas, some of whom also purchase authentic Cat Coven products. Sales of counterfeit Cat Coven products directly supplant sales of authentic Cat Coven products in the marketplace.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

26.     Cat Coven is informed and believes and thereon alleges that Defendants' use of the Cat Coven Logo is with the deliberate intent to ride on the substantial value and goodwill that Cat Coven has established in its brand and with the deliberate attempt to create a false impression as to the source and sponsorship of Defendants' products. Cat Coven is informed and believes and thereon alleges that Shein is a direct competitor of Cat Coven using its competitor's trademark and copyrighted design in order to sell a counterfeit product.

27.     Cat Coven is informed and believes and thereon alleges that Defendants' infringing actions commenced after Cat Coven sought and obtained a federal copyright registration for the Magickal Protection Design.

28.     Below is a side-by-side comparison of the Magickal Protection Design and the Counterfeit Product. Additional examples of the Counterfeit Product as it appeared on the Shein Website are attached as <u>Exhibit C</u> and incorporated herein by this reference. The below comparison makes immediately apparent that the elements, composition, arrangement, layout, rendering, design, and appearance of the Counterfeit Product are virtually identical to those of the Magickal Protection Design.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

| Original Magickal Protection Design | Counterfeit Product Detail |
|---|---|
|  | |

29.    Cat Coven is informed and believes and thereon alleges that Defendants provided several types of false copyright management information in connection with copies of the Magickal Protection Design. Specifically, Defendants affixed and prominently displayed the "SHEIN" name and logo on the label and tag attached to the Counterfeit Product. Such information serves to misidentify Shein as the author and copyright owner of the Magickal Protection Design.

30.    Cat Coven is informed and believes and thereon alleges that Defendants knew that the copyright management information that they affixed to copies of the Magickal Protection Design was false because Defendants knew that Cat Coven, and not Shein, was the true author and copyright owner of the Magickal Protection Design. In fact, the

infringing use of the Magickal Protection Design on the Counterfeit Product includes the signature of Cat Coven's owner and designer.

31.     Cat Coven is informed and believes and thereon alleges that Defendants provided false copyright management information in connection with copies of the Magickal Protection Design for the purpose of giving consumers the false impression that Shein was the author and copyright owner of the Magickal Protection Design. Defendants intended that by doing so, they would facilitate the sale of the Counterfeit Product and conceal the fact that they were infringing the Magickal Protection Design.

32.     Cat Coven is informed and believes and thereon alleges that Defendants' conduct is intentionally fraudulent, malicious, willful, and wanton. Defendants never attempted to contact Cat Coven to inquire about properly licensing its work. Instead, on information and belief and without Cat Coven's authorization, Defendants simply raided Cat Coven's intellectual property and have engaged in willful unlawful use of a counterfeit version of Cat Coven's trademark and copyright.

## FIRST CLAIM FOR RELIEF

### (Federal Trademark Counterfeiting, 15 U.S.C. § 1114)

33.     Plaintff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 32, inclusive.

34.     Plaintiff is informed and believes and thereon alleges that Defendants have willfully used a designation that is a counterfeit, copy, or colorable imitation of the

---

14

**COMPLAINT AND DEMAND FOR JURY TRIAL**

registered Cat Coven Logo mark on goods for which Plaintiff holds a federal trademark registration.

35.    Plaintiff is informed and believes and thereon alleges that Defendants have, without the consent of Plaintiff, used the counterfeit Cat Coven Logo mark in promotional advertising photographs in connection with the sale, offering for sale, marketing, distributing, or advertising of goods for their own financial gain.

36.    Plaintiff has not authorized Defendants' use of the Cat Coven Logo mark to advertise, market, offer for sale, sell, or distribute the Counterfeit Product.

37.    Plaintiff is informed and believes and thereon alleges that Defendants' unauthorized use of the Cat Coven Logo mark on or in connection with the advertising and sale of goods constitutes Defendants' use of Plaintiff's registered trademark in commerce.

38.    Plaintiff is informed and believes and thereon alleges that Defendants' unauthorized use of the Cat Coven Logo mark is likely to cause confusion, mistake, or deceive; cause the public to believe that Defendants' product is authorized, sponsored, or approved by Plaintiff when it is not; and result in Defendants unfairly and illegally benefitting from Plaintiff's goodwill.

39.    Accordingly, Defendants have engaged in trademark counterfeiting in violation of Section 32(1)(a) and (b) on the Lanham Act, 15 U.S.C. § 1114(1)(a) and (b), and are liable to Plaintiff for all damages related thereto, including, but not limited to, actual damages, infringing profits, and/or statutory damages, as well as attorneys' fees.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

40.     Defendants' acts have caused and will continue to cause irreparable injury to Plaintiff.

41.     Plaintiff has no adequate remedy at law and is thus entitled to damages in an amount yet to be determined.

42.     Defendants' egregious conduct in flagrantly selling merchandise bearing the counterfeit Cat Coven Logo mark is willful and intentional, and thus this constitutes an exceptional case.

## SECOND CLAIM FOR RELIEF

### (Federal Trademark Infringement, 15 U.S.C. § 1114)

43.     Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 42, inclusive.

44.     Plaintiff is informed and believes and thereon alleges that Defendants' use of the counterfeit Cat Coven Logo mark on the Counterfeit Product, which is substantially indistinguishable from Plaintiff's federally registered Cat Coven Logo mark, infringes on Plaintiff's exclusive rights in its mark in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), in that the public is likely to be or has been confused, mistaken, or deceived regarding the source or sponsorship of Defendants' products or by the appearance of a relationship between Plaintiff and Defendants that does not exist.

45.     Plaintiff is informed and believes and thereon alleges that Defendants used the Cat Coven Logo mark with full knowledge that it is associated exclusively with

Plaintiff and exclusively designates Plaintiff's products. Defendants' conduct is intentionally fraudulent, malicious, willful, and wanton, and is conducted with an intent to reap the benefit of Plaintiff's goodwill in its trademark.

46.     Defendants' conduct has caused and will continue to cause immediate and irreparable injury to Plaintiff, and to its goodwill and reputation, and will continue both to damage Plaintiff and deceive the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

## **THIRD CLAIM FOR RELIEF**

**(Federal Unfair Competition, False Description, and False Designation of Origin, 15 U.S.C. § 1125(a))**

47.     Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 46, inclusive.

48.     Plaintiff's Cat Coven Logo mark, when used on or in connection with apparel, including T-shirts, is identified and associated in the public's mind exclusively with Plaintiff. By reason of Plaintiff's extensive advertising and use, the Cat Coven Logo mark has become highly distinctive of Plaintiff's goods, is uniquely associated with Plaintiff, and is entitled to the broadest scope of protection.

49.     Plaintiff is informed and believes and thereon alleges that Defendants' unauthorized use of Plaintiff's mark on the Counterfeit Product constitutes a false designation of origin and a false description or representation that Defendants' product

**COMPLAINT AND DEMAND FOR JURY TRIAL**

originates from, or is offered, sponsored, authorized, licensed by, or otherwise somehow connected with Plaintiff, and is thereby likely to confuse consumers.

50.     By reason of the foregoing, Defendants have violated and are continuing to violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

51.     Plaintiff is informed and believes and thereon alleges that Defendants' acts of unfair competition are willful and deliberate and done with an intent to reap the benefit of the goodwill and reputation associated with Plaintiff's trademark.

52.     The foregoing conduct has caused and will continue to cause Plaintiff immediate and irreparable injury. Plaintiff has no adequate remedy at law.

## <u>FOURTH CLAIM FOR RELIEF</u>

### (Common Law Unfair Competition)

53.     Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 52, inclusive.

54.     Plaintiff's Cat Coven Logo mark, when used on or in connection with T-shirts and other apparel, is identified and associated in the public's mind exclusively with Plaintiff. Plaintiff's mark is highly distinctive of Plaintiff and is entitled to the broadest scope of protection.

55.     Plaintiff is informed and believes and thereon alleges that Defendants' use of the counterfeit Cat Coven Logo mark, which is substantially indistinguishable from Plaintiff's Cat Coven Logo mark, constitutes a false designation of origin and a false

description or representation that Defendants' products originate from, or are offered, sponsored, authorized, licensed by, or otherwise somehow connected with Plaintiff, and is thereby likely to confuse consumers.

56.    Defendants' conduct constitutes common law unfair competition, which has damaged and will continue to damage Plaintiff unless enjoined by this Court. Plaintiff has no adequate remedy at law.

## FIFTH CLAIM FOR RELIEF

### (Statutory Unfair Competition, CAL. BUS. & PROF. CODE § 17200, *et seq.*)

57.    Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 56, inclusive.

58.    Plaintiff is informed and believes and thereon alleges that Defendants' conduct as alleged herein constitutes unfair, willful, and fraudulent business practices and unfair, deceptive, and misleading advertising prohibited by Section 17200 of the California Business & Professions Code.

59.    As a result of Defendants' acts of unlawful, unfair, and fraudulent competition, Plaintiff seeks injunctive relief restraining Defendants and their officers, agents, and employees, and all persons acting in concert with them, from further engaging in acts of unfair competition and/or fraudulent business acts against Plaintiff and its trademarks.

## SIXTH CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501, *et seq.*)

60.     Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 59, inclusive.

61.     Plaintiff has complied in all respects with the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*, and has secured the exclusive rights and privileges in and to the copyright in the Magickal Protection Design.

62.     Plaintiff is informed and believes and thereon alleges that Defendants had access to Plaintiff's Magickal Protection Design, including, without limitation, through (a) viewing the Magickal Protection Design on Plaintiff's website, Etsy storefront, or social media; (b) viewing the Magickal Protection Design on an authorized third-party retailer's website or social media; and/or (c) purchasing products featuring the Magickal Protection Design from Plaintiff or an authorized third-party retailer.

63.     Plaintiff is informed and believes and thereon alleges that Defendants copied, reproduced, distributed, adapted, and/or publicly displayed elements of the Magickal Protection Design without the consent, permission, or authority of Plaintiff.

64.     Defendants' conduct constitutes infringement of Plaintiff's copyright and exclusive rights in violation of sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106, 501.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

65.     Defendants' acts of infringement have been willful, intentional, purposeful, and in reckless disregard of and with indifference to the rights of Plaintiff.

66.     Plaintiff is entitled to actual damages and Defendants' profits attributable to the infringement both in the United States and around the world, pursuant to 17 U.S.C. § 504.

67.     Alternatively, Plaintiff is entitled to receive statutory damages in connection with Defendants' infringement both in the United States and around the world, pursuant to 17 U.S.C. § 504.

68.     Defendants' acts have caused and will continue to cause irreparable harm to Plaintiff unless restrained by this Court. Plaintiff has no adequate remedy at law. Accordingly, Plaintiff is entitled to an order enjoining and restraining Defendants, during the pendency of this action and permanently thereafter, from manufacturing, distributing, importing, exporting, marketing, offering for sale, or selling substantially similar copies of Plaintiff's copyrighted designs, including, without limitation, the Magickal Protection Design.

## SEVENTH CLAIM FOR RELIEF

### (False Copyright Management Information, 17 U.S.C. § 1202(a))

69.     Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 68 above, and incorporates them herein by this reference.

---

**COMPLAINT AND DEMAND FOR JURY TRIAL**

70.     Defendants intentionally and knowingly provided false copyright management information in connection with the Counterfeit Product. Specifically, on information and belief, Defendants affixed and prominently displayed the "SHEIN" name and logo on the Counterfeit Product's label and tag.

71.     Defendants knew that the copyright management information that they conveyed in connection with copies of the Magickal Protection Design was false because Defendants knew that Plaintiff, and not Shein, was the true author and copyright owner of the Magickal Protection Design that they had intentionally copied.

72.     Defendants knowingly provided such false copyright management information and distributed such false copyright management information in connection with copies of the Magickal Protection Design with the intent to induce, enable, facilitate, or conceal an infringement of Plaintiff's rights under the Copyright Act.

73.     Defendants engaged in these activities without the consent or authorization of Plaintiff.

74.     Plaintiff has been injured as a result of this violation of 17 U.S.C. § 1202(a) and is entitled to injunctive relief, impounding of the Counterfeit Product, damages, costs, and attorneys' fees. Plaintiff may also elect to recover statutory damages pursuant to 17 U.S.C. § 1203(c)(3) of up to $25,000 for each violation of 17 U.S.C. § 1202(a).

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

---

22

**COMPLAINT AND DEMAND FOR JURY TRIAL**

1.     For an award of Plaintiff's damages as it has sustained or will sustain by reason of Defendants' acts of trademark counterfeiting, infringement, and unfair competition and trebling said amount pursuant to 15 U.S.C. § 1117;

2.     For an order requiring Defendants to account for and pay over to Plaintiff the profits, gains, and advantages obtained or derived by Defendants from their acts of trademark counterfeiting, infringement, and unfair competition and awarding Plaintiff treble the amount pursuant to 15 U.S.C. § 1117;

3.     For an award to Plaintiff of statutory damages pursuant to 15 U.S.C. § 1117 of no less than two million dollars ($2,000,000) based on the maximum amount available per trademark willfully counterfeited and infringed, per type of good and service offered, as well as attorneys' fees and costs, and awarding profits, damages, and fees, to the full extent available, and punitive damages to the full extent available under the common law;

4.     For an order permanently restraining and enjoining Defendants from manufacturing, producing, distributing, advertising, offering for sale, and/or selling any products that display the Cat Coven Logo mark or any variation thereof pursuant to Section 17200 of the California Business & Professions Code;

5.     For an order permanently restraining and enjoining Defendants from copying, reproducing, distributing, adapting, and/or publicly displaying the Magickal Protection Design or any elements thereof;

**COMPLAINT AND DEMAND FOR JURY TRIAL**

6.     For an order requiring the destruction of all of Defendants' infringing products, including the Counterfeit Product, and all marketing, advertising, or promotional materials depicting Defendants' infringing products;

7.     For an accounting of all profits obtained by Defendants from sales of the infringing products and an order that Defendants hold all such profits in a constructive trust benefiting Plaintiff;

8.     For an award to Plaintiff of all profits of Defendants from the sale of the infringing products;

9.     For an award of Plaintiff's actual damages in connection with Defendants' willful copyright infringement;

10.     For an award to Plaintiff of statutory damages under the Copyright Act, 17 U.S.C. § 504(c) as well as attorneys' fees and costs under the Copyright Act, 17 U.S.C. § 505;

11.     For an award of $25,000 per violation of 17 U.S.C. § 1202(a), an order requiring the impounding of the Counterfeit Product under 17 U.S.C. § 1203, and an award of Plaintiff's costs and attorneys' fees under 17 U.S.C. § 1203;

12.     For an award to Plaintiff of exemplary and punitive damages to deter any future willful infringement as the Court finds appropriate;

13.     For prejudgment interest on all damages awarded by this Court;

14.      For reasonable attorneys' fees and costs of suit incurred herein; and

---

24

**COMPLAINT AND DEMAND FOR JURY TRIAL**

15.    For such other and further legal and equitable relief as the Court deems just and proper.


Dated: September 13, 2019                    RING & GREEN APC


                                             By: /x/ Robert A. Ring
                                             Robert A. Ring

                                             KUSHNIRSKY GERBER PLLC

                                             Attorneys for Plaintiff CAT COVEN LLC

**COMPLAINT AND DEMAND FOR JURY TRIAL**

# **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of all issues so triable in this action.

Dated: September 13, 2019

RING & GREEN APC

By: /x/ Robert A. Ring
       Robert A. Ring

KUSHNIRSKY GERBER PLLC

Attorneys for Plaintiff CAT COVEN LLC

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**EXHIBIT A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT AND DEMAND FOR JURY TRIAL – EXHIBIT A**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,359,106**

**Registered Dec. 19, 2017**

**Int. Cl.: 14, 16, 20, 25, 26**

**Trademark**

**Principal Register**

Cat Coven LLC (NEW YORK LIMITED LIABILITY COMPANY)
Apt. 2r
624 Bay Ridge Avenue
Brooklyn, NEW YORK 11220

CLASS 14: Ornamental lapel pins

FIRST USE 4-11-2014; IN COMMERCE 4-11-2014

CLASS 16: Illustrations; fine art prints; graphic fine art prints

FIRST USE 4-11-2014; IN COMMERCE 4-11-2014

CLASS 20: Pillows; pillows for pets

FIRST USE 4-11-2014; IN COMMERCE 4-11-2014

CLASS 25: Apparel, namely, t-shirts, tank tops, dresses, and sweatshirts

FIRST USE 4-11-2014; IN COMMERCE 4-11-2014

CLASS 26: Ornamental cloth patches for clothing

FIRST USE 4-11-2014; IN COMMERCE 4-11-2014

The mark consists of an illustrated cat with a pentacle, or encircled pentagram, on its forehead within a square background.

SER. NO. 87-442,333, FILED 05-09-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## COMPLAINT AND DEMAND FOR JURY TRIAL – EXHIBIT A

**EXHIBIT B**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT AND DEMAND FOR JURY TRIAL – EXHIBIT B**

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-113-299

**Effective Date of Registration:**
February 12, 2018

**Title** _____

Title of Work:   Magickal Protection

**Completion/Publication** _____

Year of Completion:   2015
Date of 1st Publication:   January 10, 2015
Nation of 1st Publication:   United States

**Author** _____

- Author:   Cat Coven LLC
  Author Created:   2-D artwork
  Work made for hire:   Yes
  Citizen of:   United States

**Copyright Claimant** _____

Copyright Claimant:   Cat Coven LLC
624 Bay Ridge Ave Apt 2R, Brooklyn, NY, 11220, United States

**Rights and Permissions** _____

Organization Name:   Cat Coven
Name:   Kjersti Faret
Email:   kjersti@faret.net
Telephone:   (516)713-8911
Alt. Telephone:   (516)713-8911
Address:   624 Bay Ridge Ave
Apt 2R
Brooklyn, NY 11220 United States

**Certification** _____

Page 1 of 2

**COMPLAINT AND DEMAND FOR JURY TRIAL – EXHIBIT B**

# **EXHIBIT C**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT AND DEMAND FOR JURY TRIAL – EXHIBIT C**







**COMPLAINT AND DEMAND FOR JURY TRIAL – EXHIBIT C**