Valerie W. Ho (SBN CA 200505)
Rebekah S. Guyon (SBN CA 291037)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
hov@gtlaw.com
guyonr@gtlaw.com

Attorneys for Defendant
SHEIN FASHION GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAT COVEN LLC, a New York limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SHEIN FASHION GROUP, INC., a California corporation; and DOES 1-10,<br><br>    Defendant. | CASE NO.  2:19-cv-07967-PSG-GJS<br><br>**NOTICE OF RELATED CASES**<br><br><br>Hon. Philip S. Gutierrez |

Pursuant to C.D. Cal. R. 83-1.3, Defendant Shein Fashion Group, Inc. ("SFG") files this Notice of Related Cases.

This case, *Cat Coven, LLC v. Shein Fashion Group, Inc.*, No. 2:19-cv-07967-PSG-GJS is related to the following cases also filed in the Central District of California because each case raises the same issue addressed by SFG's pending motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(7) (ECF No. 20) ("Motion"), specifically, whether the cases should be dismissed because Plaintiff has not named a necessary party, Zoetop Business Co, Ltd. ("Zoetop"). As set forth in SFG's Motion, Zoetop is a necessary party because, in all three of these cases, Plaintiffs' claims arise from the sale of products on the website www.shein.com, which, as disclosed on that website and in publicly-available federal trademark registrations for the "SHEIN" mark, is owned by Zoetop. SFG, by contrast, does not own, operate, or control the website www.shein.com, and SFG further did not create, manufacture, offer for sale, sell, or distribute the products about which Plaintiffs Cat Coven, LLC, Ann Shen, and Katie Thierjung complain in each of these three cases.

1. *Ann Shen v. Shein Fashion Group, Inc.*, No. 2:19-cv-08591 (C.D. Cal. Oct. 4, 2019) (Kronstadt, J.)
2. *Katie Thierjung v. Shein Fashion Group, Inc.*, No. 8:19-cv-01928 (C.D. Cal. Oct. 4, 2019) (Carter, D.).

DATED: January 2, 2020                GREENBERG TRAURIG, LLP


By     */s/ Rebekah S. Guyon*
Rebekah S. Guyon
Attorneys for Defendant
SHEIN FASHION GROUP, INC.

ACTIVE 47918713v1

1