| | |
|---|---|
| 1 | Robert A. Ring, Esq., Bar No. 97850 |
| 2 | Susan H. Green, Esq., Bar No. 101736 |
|   | Ring & Green APC |
| 3 | 3435 Overland Avenue |
| 4 | Los Angeles, CA 90034 |
|   | Telephone: (310) 226-2550 |
| 5 | Telephone: (310) 226-2459 |
| 6 | Email: rring@ringgreen.com |
| 7 | Andrew Gerber (Admitted Pro Hac Vice) |
| 8 | KUSHNIRSKY GERBER PLLC |
|   | 27 Union Square West, Suite 301 |
| 9 | New York, NY 10003 |
| 10 | Telephone: (212) 882-1320 |
| 11 | Email: andrew@kgfirm.com |
| 12 | Attorneys for Plaintiff CAT COVEN LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAT COVEN LLC, a New York limited liability company, | Case No. 2:19-cv-07967-PSG-GJS |
|        Plaintiff, | **NOTICE OF SETTLEMENT** |
|    vs. | |
| SHEIN FASHION GROUP, INC., a California corporation; ZOETOP BUSINESS CO., LTD., a Chinese limited company; EC BEST SERVICE, INC., a California corporation; and DOES 1-10, | |
|        Defendants. | |

Plaintiff Cat Coven LLC, by its undersigned attorneys, hereby files this Notice of

Settlement as to the entirety of this Action and as to all parties.  The parties are finalizing a settlement agreement and expect that a dismissal with prejudice will be filed within 30 days.

Dated: July 29, 2020                                    RING & GREEN APC

                                                        By: /s/ Andrew Gerber

                                                        Robert A. Ring, Esq., Bar No. 97850
                                                        Susan H. Green, Esq., Bar No. 101736
                                                        Ring & Green APC
                                                        3435 Overland Avenue
                                                        Los Angeles, CA 90034
                                                        Telephone: (310) 226-2550
                                                        Telephone: (310) 226-2459
                                                        Email: rring@ringgreen.com

                                                        Andrew Gerber (Admitted Pro Hac Vice)
                                                        KUSHNIRSKY GERBER PLLC
                                                        27 Union Square West, Suite 301
                                                        New York, NY 10003
                                                        Telephone: (212) 882-1320
                                                        Email: andrew@kgfirm.com